# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

_____

| | | |
|---|---|---|
| Kevin Curry and Christine Curry, on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiff | ) ) ) | Case No. 1:22-cv-00697 |
| v. | ) ) ) | |
| Novant Health, Inc., | ) ) ) | |
| Defendant | ) ) | |

_____)

**TO BE CONSOLIDATED WITH:**

_____

| | | |
|---|---|---|
| David Novack, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff | ) ) ) | Case No. 1:22-cv-00700 |
| v. | ) ) ) | |
| Novant Health, Inc., | ) ) ) ) | |
| Defendant | ) ) | |

_____)

**TO BE CONSOLIDATED WITH:**

_____

| | | |
|---|---|---|
| Keith Van Allen, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 1:22-cv-00709 |
| Plaintiff | ) ) ) ) | |
| v. | ) ) | |

1

| | |
|---|---|
| Novant Health, Inc., | ) |
| | ) |
| Defendant | ) |
| _____ | ) |

**TO BE CONSOLIDATED WITH:**

_____

| | | |
|---|---|---|
| Natalie Wells-Reyes, on behalf of herself and all others similarly situated, | ) ) | Case No. 1:22-cv-00799 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Novant Health, Inc., | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## **PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED CASES**

Under Fed. R. Civ P. 42(a), Plaintiffs Kevin Curry, Christine Curry, David Novack, Keith Van Allen, and Natalie Wells-Reyes (collectively, "Plaintiffs"), on behalf of a putative class, move to consolidate for all purposes the above-captioned matter against Defendant Novant Health, Inc. ("Novant Health" or "Defendant"). Plaintiffs agree consolidation is appropriate because these cases concern very similar, if not the same, factual allegations. Plaintiffs request the Court consolidate all cases under the first-filed action, *Curry, et al., v. Novant Health, Inc.*, Case No. 1:22-cv-00697 and caption the consolidated action as *In re: Novant Health, Inc.*, Case No. 1:22-cv-00697.

Respectfully submitted,

**MILBERG, COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No. 35328s
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (919) 600-5003
Facsimile: (919) 600-5035
sharris@milberg.com

David K. Lietz (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave. NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Bryan L. Bleichner (*pro hac vice* forthcoming)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*

Joseph M. Lyon (*pro hac vice* forthcoming)

3

**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 721-1178
*jlyon@thelyonfirm.com*

Terence R. Coates (*pro hac vice* forthcoming)
Jonathan T. Deters (*pro hac vice* forthcoming)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 4502
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*jdeters@msdlegal.com*

M. Anderson Berry (*pro hac vice* forthcoming)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
*aberry@justice4you.com*

Rachele R. Byrd (*pro hac vice* forthcoming)
Alex Tramontano (*pro hac vice* forthcoming)
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
*byrd@whafh.com*
*tramontano@whafh.com*

R. Michael Wells, Jr. (NCSB: 33526)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
7 Corporate Center Ct., Ste. B
Greensboro, NC 27408
Telephone: (336) 970-3354

Facsimile: (916) 924-1829
*mwells@justice4you.com*

*Counsel for Plaintiffs and Putative Class*

## CERTIFICATE OF CONSULTATION

I hereby certify pursuant to Local Rule 6.1 Plaintiffs' Counsel consulted with attorneys for Defendants, and counsel for Defendant Novant Health, Inc., does not oppose this request.

<em>/s/ Scott C. Harris</em><br>
Scott C. Harris

6

Case 1:22-cv-00799-CCE-JEP   Document 4   Filed 10/04/22   Page 6 of 7

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties of record.

                                                */s/ Scott C. Harris*
                                                Scott C. Harris