IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| KEITH DAVID ALLEN, KARYN COOK, DAYMOND COX, KEVIN CURRY, MEGHAN CURRY, DR. RICHARD NERO, DAVID NOVACK, CHERYL TAYLOR, FERNANDO VALENCIA, and NATALIE WELLS-REYES *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>NOVANT HEALTH, INC.,<br><br>Defendant. | Case No. 1:22-cv-00970-UA-JEP |

## JOINT MOTION TO FILE BRIEFS IN EXCESS OF WORD LIMITATION

Plaintiffs Keith David Allen, Karyn Cook, Daymond Cox, Kevin Curry, Meghan Curry, Dr. Richard Nero, David Novack, Cheryl Taylor, Fernando Valencia, and Natalie Wells-Reyes (collectively "Plaintiffs") and Defendant Novant Health, Inc. ("Defendant" or "Novant") hereby jointly request relief from the word limit under Local Rule 7.3(d) in connection with Novant's forthcoming Motion to Dismiss the Consolidated Class Action Complaint ("Consolidated Complaint," ECF No. 20) and Plaintiffs' response to same. In support, the parties state as follows:

1. On October 19, 2022, this Court entered an order consolidating four putative class actions against Novant and requiring Plaintiffs to file a consolidated complaint. (ECF No. 18).

2. On November 18, 2022, Plaintiffs timely filed their Consolidated Complaint. (ECF No. 20).

3. The Consolidated Complaint asserts nine causes of action on behalf of ten named Plaintiffs and a putative nationwide class. (*Id*.).

4. Pursuant to the briefing schedule entered by the Court, Novant's Motion to Dismiss the Consolidated Complaint is due on December 23, 2022; Plaintiffs' response is due on January 20, 2023; and Novant's reply is due on February 10, 2023.

5. In order to allow Novant sufficient briefing to raise its motion to dismiss arguments, and in light of the Consolidated Complaint's numerous claims, Plaintiffs (from several different states), and theories of harm, Novant respectfully requests relief from Local Rule 7.3(d) and permission to file a brief containing up to 10,000 words.

6. Likewise, in order to allow Plaintiffs sufficient briefing to respond to the arguments made in Novant's forthcoming Motion to Dismiss, Plaintiffs respectfully request relief from Local Rule 7.3(d) and permission to file a response brief containing up to 10,000 words.

7. The parties consent to the respective requests and agree that the requested enlargements are necessary and appropriate in light of the claims and legal issues raised in the Consolidated Complaint.

WHEREFORE, the parties respectfully request that the Court enter an order granting relief from Local Rule 7.3(d) and permission for (1) Novant to file a Motion to Dismiss the Consolidated Complaint not to exceed 10,000 words and (2) Plaintiffs to file

a response to Novant's Motion to Dismiss not to exceed 10,000 words. A proposed order is enclosed for the Court's consideration.

Dated: December 16, 2022.

Respectfully submitted,

/s/ Gary M. Klinger
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Scott C. Harris (N.C. Bar No: 35328)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
Facsimile: (919) 600-5035
sharris@milberg.com

David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave. NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700 Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940

/s/ Jennifer K. Van Zant
Jim W. Phillips, Jr. (N.C. Bar #12516)
Jennifer K. Van Zant (N.C. Bar #21280)
S. Wilson Quick (N.C. Bar #44725)
**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP**
P.O. Box 26000
Greensboro, NC 27420
Telephone: 336-373-8850
Facsimile: 336-378-1001
jphillips@brookspierce.com
jvanzant@brookspierce.com
wquick@brookspierce.com

David L. Balser (GA Bar #035835)
Robert D. Griest (GA Bar #294216)
**KING & SPALDING LLP**
1180 Peachtree St. NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
dbalser@kslaw.com
rgriest@kslaw.com

Marisa C. Maleck (DC Bar #1015210)
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
mmaleck@kslaw.com

3

bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Attorneys for Defendant Novant Health, Inc.*

R. Michael Wells Jr. (N.C. Bar No: 33526)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
7 Corporate Court, Suite B
Greensboro, NC 27408
Telephone: (916) 924-1829
Direct: (336) 970-3354
Fax: (916) 924-1289
mwells@justice4you.com

M. Anderson Berry
Gregory Haroutunian
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778 Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

Rachele R. Byrd
Alex Tramontano
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
tramontano@whafh.com

Terence R. Coates
Jonathan T. Deters
**MARKOVITS, STOCK &**
**DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 4502
Phone: (513) 651-3700

Fax: (513) 665-0219
tcoates@msdlegal.com
jdeters@msdlegal.com

Joseph M. Lyon
**The Lyon Law Firm**
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was filed and served using the Court's CM/ECF system, which will send notification of such filing to all ECF registered participants

This 16th day of December, 2022.

/s/ Jennifer K. Van Zant
Jennifer K. Van Zant