IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEITH DAVID ALLEN, KARYN COOK, DAYMOND COX, KEVIN CURRY, MEGHAN CURRY, DR. RICHARD NERO, DAVID NOVACK, CHERYL TAYLOR, FERNANDO VALENCIA, and NATALIE WELLS-REYES *on behalf of themselves and all others similarly situated*,<br>Plaintiffs,<br><br>v.<br><br>NOVANT HEALTH, INC.,<br>Defendant. | Case No. 1:22-cv-00697-WO-JEP<br><br>Consolidated with: 1:22-cv-00700-WO-JEP; 1:22-cv-00709-WO-JEP and 1:22-cv-00799-WO-JEP |

## NOTICE OF SETTLEMENT

Plaintiffs, by and through undersigned counsel, hereby notify the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents. Plaintiffs anticipate filing the Settlement Agreement and the Motion for Preliminary Approval on or before September 21, 2023.

Based upon the foregoing, Plaintiffs respectfully request all current deadlines be suspended pending the filing of the Motion for Preliminary Approval.

1

Dated: August 24, 2023 				Respectfully Submitted,

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**

<u>/s/ Scott C. Harris</u>
Scott C. Harris
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
sharris@milberg.com

*Counsel for Plaintiffs and the Putative Class*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

This the 24th of August, 2023.

        **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**

        */s/ Scott C. Harris*
Scott C. Harris
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
sharris@milberg.com

*Counsel for Plaintiffs and the Putative Class*