IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re: Novant Health, Inc. | LEAD Case No. 1:22-CV-697 |

**ORDER GRANTING RENEWED JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL <u>OF CLASS ACTION SETTLEMENT</u>**

This matter comes before the Court on the Renewed Joint Motion for Extension of Time to File Motion for Preliminary Approval of Class Action Settlement. The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**. The parties shall file the Motion for Preliminary Approval of Class Action Settlement on or before October 12, 2023.

**IT IS SO ORDERED** this the 22nd day of September, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1