IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| In re: Novant Health, Inc. | LEAD Case No. 1:22-cv-00697 Consolidated with: 1:22-cv00700-WO-JEP; 1:22-cv-00709WO-JEP, and 1:22-cv-00799WO-JEP |

## DECLARATION OF SCOTT C. HARRIS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT

I, SCOTT C. HARRIS, declare as follows:

1. I am currently a Senior Partner of the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg"). I am one the attorneys for Plaintiffs and seek appointment as Class Counsel for the proposed Settlement Class.

2. This declaration is made pursuant to the Federal Rules of Civil Procedure, Rule 23(a)(4), to satisfy the Rule's "adequacy" requirement, in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

3. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4. I have more than seventeen (17) years of experience in the areas of complex class action litigation including class actions for consumer protection and construction litigation.

5. I am licensed to practice law in the States of North Carolina, Georgia, and Florida. I am also admitted to numerous federal courts across the nation.

6. I have served as lead counsel or on the plaintiff's steering committee in federal courts in North Carolina, South Carolina, Wisconsin, New Jersey, and California.

7. During the past several years, I have been lead counsel, co-counsel, or local counsel in numerous class actions which resulted in settlements in the Middle District of North Carolina.

8. Specifically, those cases are: *Rush v. The NRP Group LLC,* et al., No. 1:18CV886, 2020 WL 4559002, at *3 (M.D.N.C.) (total settlement value of $425,000); *Rowland v. Mid-Am. Apartments, LP*, No. 1:18CV43 (M.D.N.C.) (total settlement value of $1,100,000); *Dugan v. Nationstar Mortgage, LLC,* No. 1:21-CV-00341 (M.D.N.C.) (total settlement value of $10,550,000); *Corbin v. CFRA, LLC*, No. 1:15-cv-00405 (M.D.N.C.) (total settlement value of $1,725,000.00); *Koepplinger et al v. Seterus, Inc.*, No. 1:17-cv-995 (M.D.N.C.) (total settlement value of $7,000,000); *Wallace v. Greystar Real Estate Partners, LLC*, No. 1:18-cv-00501 (M.D.N.C.) (total settlement value of

2

$4,500,000); *McCord v. PRG Real Estate Management, Inc.*, No. 1:20-CV-854 (M.D.NC.) (total settlement value of $525,000); and *Williams v. Pegasus Residential, LLC*, No. 1:18-cv-1030 (M.D.N.C.) (total settlement value of $1,249,459.55).

9. I, along with the other Class Counsel, believe, and continue to believe, that the claims in this action would ultimately prevail in the litigation on a class-wide basis.

10. However, we are aware that a successful outcome was uncertain for ***all*** Settlement Class members and would have been achieved, if at all, only after several years of prolonged, arduous litigation with the attendant and real risk of additional drawn-out appeals.

11. As detailed in the declaration of Gary Klinger, the Settlement provides significant benefits and is the product of good-faith negotiations between informed counsel after extensive negotiations and is in line with similar settlements for these types of cases across the county.

12. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: October 30, 2023

                                       */s/Scott C. Harris*
                                       Scott C. Harris
                                       N.C. State Bar No.: 35328
                                       **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

3

900 West Morgan Street
Raleigh, North Carolina 27603
Tel: (919) 600-5000
Fax: (919) 600-5035
sharris@milberg.com

4