IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In re: Novant Health, Inc.                      LEAD Case No. 1:22-cv-00697

SUPPLEMENTAL DECLARATION OF GARY M. KLINGER IN
SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT

I, Gary M. Klinger, being competent to testify, make the following declaration:

1. I am currently a partner of the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg"). I am one the lead attorneys for Plaintiffs and seek appointment as Class Counsel for the proposed Settlement Class. I submit this declaration supplement declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

## EXPERIENCE WITH SIMILAR CASES

2. I have substantial experience serving as class counsel for plaintiffs in data privacy class action cases. I previously submitted a list of many of those cases in my previous Declaration. In addition to those cases, I have served as class counsel for two similar data privacy cases involving medical provider defendants' use of pixel tracking technology and the unauthorized disclosure of their patients' private information. The first case is *Froedert*, which included approximately 435,000 class members and a $2 million

1

non-reversionary common fund settlement. *Froedert* reached final approval in September of 2023, 2023. I also am serving as a member of co-lead class counsel in *In re Advocate Aurora Health Pixel Litigation*, No. 22-CV-1253 (E.D. Wis.), which involved the unauthorized disclosure of roughly 2.5 million of Advocate Aurora Health's patients' personal information through Advocate Aurora Health's use of similar pixel tracking technology on its websites. The Court preliminarily approved the $12.25 million non-reversionary common fund settlement in *Advocate Aurora* on August 21, 2023. Mr. Coates, another member of proposed Class Counsel in this matter, is also co-lead class counsel with me in *Advocate Aurora*.

3. In addition to *Froedert* and *Advocate Aurora*, I am aware of a similar settlement in *Doe v. Partners Healthcare System, Inc.*, No. 19-1651 (Superior Court of the Commonwealth of Massachusetts) consisting of an $18.4 million non-reversionary common fund settlement for roughly 3 million class members.

4. These three settlements in similar cases, including my experience in handling the *Froedert* and *Advocate Aurora* cases, were instructive in reaching the resolution of this matter. Froedert's settlement of $2 million for 435,000 class members is roughly $4.59 per class member. Advocate Aurora's settlement of $12.25 million for roughly 2.5 million class members is approximately $4.89 per class member. Massachusetts General Hospital's settlement of $18.4 million for over 3 million class members is roughly $6 per class member. The settlement in this case of $6,660,000 for roughly 1,362,165 class members is approximately $4.89 per class member. The per class member recovery in this case indicates that it is consistent with settlements in similar class action cases.

5. Given my extensive experience with data privacy class action settlements, it is my informed opinion that the Settlement in this matter is fair and reasonable.

\* \* \* \* \* \* \* \* \* \* \* \* \*

I declare under penalty of perjury under the laws of the State of North Carolina that that foregoing is true and correct.

Executed this 30th day of October, 2023, at Chicago, Illinois

*/s/Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street
Chicago, IL 60606
Tel: (865) 252-0878
gklinger@milberg.com