IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEITH DAVID ALLEN, et al., on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NOVANT HEALTH, INC., )<br>)<br>Defendant. ) | 1:22-CV-697 |

## ORDER

The Court supplements the preliminary approval order filed November 6, 2023, Doc. 55, and **ORDERS** that no later than May 20, 2024, the Settlement Administrator shall file a report confirming compliance with the provisions of the Preliminary Approval Order, providing information about any glitches or problems, and setting forth the number of email notices and postcard notices sent and not bounced back or returned, the number of class members who have opted-out, and the number of class members who have submitted claims.

**SO ORDERED** this the 5th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE