IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEITH DAVID ALLEN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVANT HEALTH, INC.,<br><br>Defendant. | Lead Case No. 1:22-cv-00697 |

## DEFENDANT NOVANT HEALTH INC.'S NOTICE OF COMPLIANCE WITH CLASS ACTION FAIRNESS ACT OF 2005

COMES NOW Defendant Novant Health, Inc. and gives notice that the appropriate federal and state officials were timely notified of the proposed class action settlement in this case, as required by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 (the "Act"). Attached as Exhibit 1 is the Declaration of Ryan Aldridge addressing implementation of notice in compliance with the Act. The Declaration and its exhibits satisfy the notice requirements of the Act.

This the 13th day of February, 2024.

*/s/ Jennifer K. Van Zant*
Jim W. Phillips, Jr. (N.C. Bar #12516)
Jennifer K. Van Zant (N.C. Bar #21280)
S. Wilson Quick (N.C. Bar #44725)
**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP**
P.O. Box 26000
Greensboro, NC 27420
Telephone: 336-373-8850

Facsimile: 336-378-1001
jphillips@brookspierce.com
jvanzant@brookspierce.com
wquick@brookspierce.com

David L. Balser (GA Bar #035835)
Robert D. Griest (GA Bar #294216)
**KING & SPALDING LLP**
1180 Peachtree St. NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
dbalser@kslaw.com
rgriest@kslaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been filed and served on the parties of record by using the Court's CM/ECF system, which will send notification of such filing to all ECF registered participants.

This 13th day of February, 2024.

/s/ *Jennifer K. Van Zant*
Jennifer K. Van Zant