UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: NOVANT HEALTH, INC | LEAD Case No. 1:22-cv-00697-CCE-JEP<br>Consolidated with: 1:22-cv-00700-CCE-JEP; 1:22-cv-00709-CCE-JEP; 1:22-cv-00799-CCE-JEP; and 1:22-cv-00970-CCE-JEP |

**PLAINTIFFS' NOTICE OF FILING THE DECLARATION OF JORDAN TURNER REGARDING IMPLEMENTATION OF NOTICE PROGRAM AND VERIFICATION OF COMPLIANCE WITH NOTICE REQUIREMENTS**

Pursuant to this Court's December 5, 2023 Order (ECF 57), Plaintiffs Keith David Allen, Karyn Cook, Daymond Cox, Kevin Curry, Meghan Curry, Dr. Richard Nero, David Novack, Cheryl Taylor, Fernando Valencia, and Natalie Wells-Reyes, hereby provide notice of filing the attached Declaration of Jordan Turner Regarding Implementation of notice Program and Verification of Compliance with Notice Requirements.

Respectfully submitted this 20th day of May 2024.

                                                      **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

                                                      */s/ Scott C. Harris*
                                                      Scott C. Harris
                                                      N.C. Bar No.: 35328
                                                      900 W. Morgan Street
                                                      Raleigh, North Carolina 27603
                                                      Telephone: (919) 600-5000
                                                      Facsimile: (919) 600-5035
                                                      sharris@milberg.com

David K. Lietz (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
(t) 202.744.1795
(f) 202.686.2877
dlietz@milberg.com

Terence R. Coates (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700
tcoates@msdlegal.com

M. Anderson Berry (*pro hac vice*)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
(916) 239-4778
aberry@justice4you.com

Rachele R. Byrd (*pro hac vice*)
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

Bryan L. Bleichner
Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
(612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Joseph M. Lyon
**THE LYON LAW FIRM**
2754 Erie Ave.
Cincinnati, OH 45208
(513) 381-2333
jlyon@thelyonfirm.com

*Attorneys for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I, Scott C. Harris, hereby certify that on May 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com