UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: NOVANT HEALTH, INC. | Civil Action No. 1:22-cv-00697<br><br>Hon. Catherine C. Eagles<br><br>**DECLARATION OF JORDAN TURNER REGARDING STATUS REPORT CONCERNING DISTRIBUTIONS** |

I, Jordan Turner, declare as follows:

1. I am a project manager for Postlethwaite & Netterville, APAC ("P&N")[1], a full-service administration firm providing legal administration services, including the design, development, and implementation of unbiased complex legal notification programs.

2. On November 6, 2023, the Court preliminarily approved the Notice Plan and appointed P&N as the Settlement Administrator in its Order (Dkt. No. 55).

3. On May 20, 2024, P&N submitted a declaration regarding notice and settlement administration, which detailed P&N's execution of the notice program, reported on exclusions, and provided an update on claims administration as of May 15, 2024 (Dkt. No. 63). This declaration will discuss the final disposition of claims, payment of Settlement Awards to Class Members, and provide a summary of the distribution status

---

[1] As of May 21, 2023, the Directors & employees of Postlethwaite & Netterville (P&N), APAC joined EisnerAmper as EAG Gulf Coast, LLC. Where P&N is named or contracted, EAG Gulf Coast, LLC employees will service the work under those agreements. P&N's obligations to service work may be assigned by P&N to Eisner Advisory Group, LLC or EAG Gulf Coast, LLC, or one of Eisner Advisory Group, LLC's or EAG Gulf Coast, LLC's subsidiaries or affiliates.

in accordance with the Court's Memorandum Opinion, Order, and Judgment dated June 17, 2024 (Dkt. No. 67, ¶ 39).

## Claim Form Submissions

4. The deadline for claim submissions was May 6, 2024. In total, P&N received 162,287 Claim Form submissions.

5. Table 1 below provides summary statistics of claim submissions and final dispositions mailed to the P.O. Box and postmarked by the claim filing deadline.

| Table 1: Claims Statistics (as of October 7, 2024) ||
|---|---:|
| Description | Volume (#) |
| **Total Claims Received** | **162,287** |
| (-) Duplicate Claims Received | 416 |
| (-) Invalid Claims | 1,497 |
| (-) Late Claims | 77 |
| **Net Claims** | **160,297** |

*Settlement Payments and Distribution Status*

6. P&N commenced settlement distributions to Class Members with valid claims on August 16, 2024. The current deadline for Class Members to clear payments (e.g., deposit a paper check or claim an electronic payment) is November 14, 2024. P&N will continue to research returned checks and process requests for reissue from valid claimants.

7. Table 2 below provides a summary of claimant settlement payments and the current status of the distribution.

| Table 2: Claimant Payment Distribution Status (as of October 7, 2024) ||
|---|---:|
| Description | Value |
| Total Claims Submitted | 162,287 |
| Total Valid Claims Submitted | 160,297 |
| Total Payments to Valid Claims | 160,297 |
| Total Dollars Distributed to Claimants | $4,009,027.97 |
| Number of Payments Cleared | 143,724 |

| | |
|---|---:|
| Dollar Amount of Payments Cleared | $3,594,537.24 |
| Number of Payments Not Cleared | 16,573 |
| Dollar Amount of Payments Not Cleared | $414,490.73 |

I declare under penalty of perjury under the laws of the State of North Carolina that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 10th day of October 2024 in Houston, Texas.

_____
Jordan Turner

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, I served the foregoing upon all parties through their counsel of record by causing it to be filed with the Court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/ Terence R. Coates
Terence R. Coates (*pro hac vice*)