# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: NOVANT HEALTH, INC. | Civil Action No. 1:22-cv-00697<br><br>Hon. Catherine C. Eagles<br><br>**SUPPLEMENTAL DECLARATION OF JORDAN TURNER REGARDING STATUS REPORT CONCERNING DISTRIBUTIONS** |

I, Jordan Turner, declare as follows:

1. I am a project manager for Postlethwaite & Netterville, APAC ("P&N")[1], a full-service administration firm providing legal administration services, including the design, development, and implementation of unbiased complex legal notification programs.

2. On October 11, 2024, Plaintiffs filed the Declaration of Jordan Turner Regarding Status Report Concerning Distributions (Dkt. No. 68) which provided the final disposition of claims, payment of Settlement Awards to Class Members, and a summary of the distribution status in accordance with the Court's Memorandum Opinion, Order, and Judgment dated June 17, 2024 (Dkt. No. 67, ¶ 39).

3. On November 27, 2024, Plaintiffs filed a Joint Status Report Regarding Selection of *Cy Pres* Recipient (Dkt No. 69) with their initial recommendation for *cy pres*

---

[1] As of May 21, 2023, the Directors & employees of Postlethwaite & Netterville (P&N), APAC joined EisnerAmper as EAG Gulf Coast, LLC. Where P&N is named or contracted, EAG Gulf Coast, LLC employees will service the work under those agreements. P&N's obligations to service work may be assigned by P&N to Eisner Advisory Group, LLC or EAG Gulf Coast, LLC, or one of Eisner Advisory Group, LLC's or EAG Gulf Coast, LLC's subsidiaries or affiliates.

*In Re Novant Health, Inc.*, No. 1:22-cv-00697
Supplemental Declaration Regarding Status Report Concerning Distributions

Case 1:22-cv-00697-CCE-JEP   Document 72   Filed 03/14/25   Page 1 of 3

recipient and an estimate of the approximate amount of residual funds.

4. On December 27, 2024, Plaintiffs filed a Supplemental Joint Status Report (Dkt. No. 70) recommending Electronic Privacy Information Center ("EPIC") as the *cy pres* recipient in this case.

5. On January 6, 2025, the Court issued an Order approving EPIC as the *cy pres* recipient of any remaining settlement funds and requested that the Settlement Administrator file a final report with the Court no later than March 14, 2025 (Dkt. No. 71).

6. This declaration will discuss the final disposition of the Settlement Fund.

7. The final deadline to clear payments expired on February 6, 2025. As of March 14, 2025, *cy pres* payment has been issued to EPIC and the Settlement Fund has been depleted to a balance of zero. Table 1 below provides summary statistics of the claimant payments. Table 2 below provides summary statistics of the Settlement Fund.

| Table 1: Claimant Payment Summary | | |
|---|---|---|
| **Description** | **Volume** | **Dollars ($)** |
| **Total Payments Issued** | **160,297** | **$4,009,027.97** |
| Cleared Payments | 149,727 | $3,744,672.27 |
| Uncashed Payments | 10,570 | $264,355.70 |

| Table 2: Settlement Fund Summary | |
|---|---:|
| **Description** | **Dollars ($)** |
| **Total Deposit** | **$6,660,000.00** |
| (+) Bank Interest | $241,434.25 |
| (-) Total Administration Costs | $602,194.55 |
| (-) Total Attorney Fees & Costs | $2,238,134.70 |
| (-) Service Awards | $25,00.00 |
| (-) Cleared Claimant Payments | $3,744,672.27 |
| (-) Total Cy Pres Distribution: EPIC | $291,432.73[2] |
| **(=) Net Account Balance** | **$0.00** |

I declare under penalty of perjury under the laws of the State of North Carolina that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 14th day of March 2025 in Houston, Texas.

*[signature: Jordan Turner]*

_____
Jordan Turner

---

[2] The variance from payments not cleared is due to rounding of the pro rata cash payments to the nearest penny and interest earned after the calculation and distribution of Settlement Payments.